AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

FOOD CONCEPTS INTERNATIONAL, L.P., a Texas limited partnership,

                Plaintiff,

v.

MEX, INC. dba ABUELO'S FINE MEXICAN DINING, a Washington corporation, and its AGENTS,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-342-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Plaintiff's Second Motion for Contempt and Sanctions for Violation of Injunction filed September 30, 2011, ECF No. 36, judgment is entered in favor of Plaintiff for sanctions in the amount of $1,500.00. Plaintiff is awarded post-judgment interest at the statutory rate on all sums awarded by this Court.

| | |
|---|---|
| September 30, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |