# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

FOOD CONCEPTS INTERNATIONAL, L.P., a Texas limited partnership,

        Plaintiff,

v.

MEX, INC. dba ABUELO'S FINE MEXICAN DINING, a Washington corporation, and its AGENTS,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-0342-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Awarding Fees/Expenses to Plaintiff entered on October 19, 2011, ECF No. 40, plaintiff is awarding judgment against the defendants in the amount of $926. 25 for attorneys' fees and expenses associated with the filing of its motion for contempt. Plaintiff is awarded post-judgment interest at the statutory rate on the sum(s) awarded by this Court.

| | |
|---|---|
| October 19, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |